[No. 26944-5-I.   Division One.   August 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN AARON STATEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-02717-6, Patricia H. Aitken, J., entered August 27, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Pekelis, JJ.

[No. 28395-2-I.   Division One.   August 17, 1992.]

SKELLENGER & BENDER, *Appellant*, v. ROBERT D. VANDENBURGH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-2-00277-5, Stanley K. Bruhn, J., entered April 8, 1991. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 26241-6-I.   Division One.   August 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE LLAMAS-VILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00217-5, J. Kathleen Learned, J., entered May 8, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Baker and Agid, JJ. Now published at 67 Wn. App. 448.